170 F.3d 881
 99 Cal. Daily Op. Serv. 1850, 1999 Daily
Journal D.A.R. 2451
UNITED STATES of America, Plaintiff-Appellee,
v.
Jess A. RODRIGUES, Defendant-Appellant.
 No. 97-10113.
 United States Court of Appeals,
Ninth Circuit.
 March 15, 1999.
 
 Appeal from the United States District Court for the Northern District of California; Ronald M. Whyte, District Judge, Presiding. D.C. No. CR-94-20031-RMW.
 Before: REINHARDT, NOONAN, and THOMPSON, Circuit Judges.
 
 Prior report: 159 F.3d 439
 ORDER
 
 1
 The opinion filed on October 28, 1998 is amended as follows:
 
 
 2
 At slip op. p. 12496, first p , lns 1-2 [159 F.3d at 449]: Replace "Assistant United States Attorney Stephen Schirle" with "the prosecutor".
 
 
 3
 Slip op. p. 12496, third p , lns 2-3 [159 F.3d at 449]: Replace "Assistant United States Attorney Schirle" with "the prosecutor";
 
 
 4
 Same paragraph, lns 7 & 9 [159 F.3d at 449]: Replace "Schirle" with "the prosecutor".
 
 
 5
 Slip op. p. 12497, first p , ln 1 [159 F.3d at 449]: Replace "Assistant United States Attorney Wayne T. Lamprey" with "The prosecutor".
 
 
 6
 Slip op. p. 12499, first p , lns 3-4 [159 F.3d at 450]: Replace "Assistant United States Attorney Schirle" with "the prosecutor";
 
 
 7
 Same paragraph, ln 5 [159 F.3d at 450]: Replace "Assistant United States Attorney Lamprey" with "the prosecutor".
 
 
 8
 Slip op. p. 12499, second p , lns 4 & 7 [159 F.3d at 450]: Replace "Lamprey" with "The prosecutor".
 
 
 9
 Slip op. p. 12499, third p , ln 1 [159 F.3d at 450]: Replace "Lamprey's" with "The prosecutor's".
 
 
 10
 With these amendments, the petitions for rehearing are DENIED.